**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| Richard Wagner, | : | |
| | : | Case No. 2:24-cv-01045 |
| Plaintiff, | : | |
| | : | Judge Edmund A. Sargus |
| v. | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| St Powell, LLC, *et al*, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL BETWEEN PLAINTIFF RICHARD WAGNER
AND DEFENDANTS ST POWELL, LLC AND CONIGLIO FAMILY TRUST**

Pursuant to a confidential Release and Settlement Agreement entered into between Plaintiff Richard Wagner and Defendants St Powell, LLC and Coniglio Family Trust ("the parties"), the parties stipulate that this case may be dismissed as to Defendants St Powell, LLC and Coniglio Family Trust with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement between Plaintiff Richard Wagner and Defendants St Powell, LLC and Coniglio Family Trust.

Respectfully submitted,

Date: August 1, 2024

| | |
|---|---|
| /s/ Jan E. Hensel | /s/ *Owen B. Dunn, Jr.* |
| Jan E. Hensel (0040785) | Owen B. Dunn, Jr. (Ohio Bar No. 0074743) |
| DINSMORE & SHOHL LLP | Law Offices of Owen Dunn, Jr. |
| 191 W. Nationwide Blvd., Suite 200 | The Offices of Unit C |
| Columbus, Ohio 43215 | 6800 W. Central Ave., Suite C-1 |
| Phone: (614) 628-6880 | Toledo, Ohio 43618 |
| Fax: (614) 628-6890 | (419) 241-9661 |
| jan.hensel@dinsmore.com | obdjr@owendunnlaw.com |
| *Attorney for Defendants ST Powell, LLC* | *Attorney for Plaintiff* |
| *and Coniglio Family Trust* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Ohio using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Owen B. Dunn, Jr.*
Owen B. Dunn, jr.