## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RICHARD WAGNER,**

    **Plaintiff,**

                              **Case No. 2:24-cv-1045**

    v.                          **Judge Edmund A. Sargus, Jr.**

                              **Magistrate Judge Elizabeth P. Deavers**

**ST. POWELL, LLC,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the Stipulation of Dismissal Between Plaintiff Richard Wagner and Defendants St Powell, LLC and Coniglio Family Trust.  (ECF No. 13.)  It appears Plaintiff seeks to use Federal Rule of Civil Procedure 41(a) to dismiss his claims against Defendants St Powell, LLC and Coniglio Family Trust with prejudice.  Rule 41, however, is not the proper means for such a dismissal.

Federal Rule of Civil Procedure 41(a) allows a plaintiff "to dismiss an *action* without a court order by filing [] a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Fed. R. Civ. P. 41(a)(1)(A)(i) (emphasis added).  Federal Rule of Civil Procedure 21, however, allows the Court "[o]n motion or on its own . . . [to] add or drop a *party* . . . [or] sever any claim against a *party*."  Fed. R. Civ. P. 21 (emphasis added).  The United States Court of Appeals for the Sixth Circuit has suggested, without conclusively deciding, "that dismissal of a party, rather than of an entire action, is more proper pursuant to Rule 21" as opposed to Rule 41.  *AmSouth Bank v. Dale*, 386 F.3d 763, 778 (6th Cir. 2004) (citing *Letherer v. Alger Group, L.L.C.*, 328 F.3d 262, 265-66 (6th Cir. 2003), *recognized as overruled on other grounds in Blackburn v. Oaktree Capital Mgmt., LLC*, 511 F.3d 633, 636 (6th

Cir. 2008)); *see also Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir. 1961) ("Rule

41(a)(1) provides for the voluntary dismissal of an 'action' not a 'claim' . . . [Rule 21] is the one

under which any action to eliminate [individual defendants] should be taken."); *Warfel v. Chase

Bank USA, N.A.*, No. 2:11-cv-699, 2012 WL 441135, at *2 (S.D. Ohio Feb. 10, 2012) (finding

that Rule 21 is proper procedural vehicle to dismiss individual claims or parties).

Because the subject Stipulation does not dismiss all of the claims brought by Plaintiff,

they cannot proceed pursuant to Rule 41.  Nevertheless, construing the Stipulation as a motion to

sever pursuant to Rule 21, the Court **GRANTS** the Motion and **DISMISSES** Plaintiff's claims

against Defendants St Powell, LLC and Coniglio Family Trust **WITH PREJUDICE**.  (ECF No.

13.)

**IT IS SO ORDERED.**

Date: August 2, 2024                    /s/ *Elizabeth A. Preston Deavers*
                                        **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**