AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern   District of   Ohio

| | |
|---|---|
| Richard Wagner, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:24-cv-1045 |
| ST Powell, LLC, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the the Opinion and Order filed 9/23/2025 - The Court GRANTS (ECF No. 18) Plaintiff Richard Wagner's Motion for Default Judgment Against Doaba Enterprises, LLC. The Court PERMANENTLY ENJOINS Defendant Doaba Enterprises, LLC and ORDERS it to remedy the barriers and code violations at Doaba Indian Restaurant in Powell, Ohio as identified in Plaintiff's inspection report (ECF No. 18-3). The Court AWARDS Plaintiff $10,000 in damages, $9,817.50 in attorney's fees, and $440.57 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge   S _____ on a motion for _____

Date:   09/23/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk